# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| Kimberly Erway, as parent of minor child Jamii Erway ) <br> *Plaintiff* ) <br> v. ) <br> US Transportation Security Administration, USA, et al ) <br> *Defendant* ) | Case No. 5:21-CV-338 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kimberly Erway.

Date: 08/23/2021

/s/ Matthew R. Gambale
*Attorney's signature*

Matthew R. Gambale (NC 43359)
*Printed name and bar number*

Osborn Gambale Beckley & Budd PLLC
721 W. Morgan Street
Raleigh, NC 27603
*Address*

matt@counselcarolina.com
*E-mail address*

(919) 373-6422
*Telephone number*

(919) 578-3733
*FAX number*