IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-CV-338-FL

| | |
|---|---|
| KIMBERLY ERWAY, *as Parent of Minor Child Jamii Erway*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION, UNITED STATES OF AMERICA, and JANE DOE, *an Employee of the United States Transportation Security Administration*, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned Jonathan Corbett, Esq., hereby enters a notice of special appearance as counsel for Kimberly Erway in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Matthew Gambale.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

**SIGNATURE PAGE FOLLOWS**

Respectfully submitted, this the 24th day of August, 2021.

BY: */s/ Jonathan Corbett*
JONATHAN CORBETT
CA Bar No. 325608
THE LAW OFFICE OF JONATHAN CORBETT, ESQ.
958 N. Western Ave. #765
Hollywood, CA 90029
jon@corbettrights.com
T: 310.684.3870
F: 310.675.7080

*Counsel for Plaintiff*

BY: */s/ Matthew R. Gambale*
MATTHEW R. GAMBALE
N.C. Bar No. 43359
OSBORN GAMBALE BECKLEY & BUDD PLLC
721 W. Morgan Street
Raleigh, North Carolina 27603
matt@counselcarolina.com
T: 919.373.6422
F: 919.578.3733

*Local Civil Rule 83.1(d) Counsel for Plaintiff*