IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-338-M

| | |
|---|---|
| KIMBERLY ERWAY, as Parent of Minor Child J. E.[1], <br><br> PLAINTIFF, <br><br> V. <br><br> UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION, UNITED STATES OF AMERICA, and JANE DOE, an Employee of the United States Transportation Security Administration, <br><br> DEFENDANTS. | DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM |

Defendants Transportation Security Administration (TSA) and the United States move to dismiss for lack of subject matter jurisdiction Plaintiff Erway's claim for intentional infliction of emotional distress under the Federal Tort Claims Act and for indeterminate injunctive relief.[2] Defendants also move to dismiss the request for an injunction for failure to state a claim. Fed. R. Civ. P. 12(b)(6).

A memorandum in support is filed contemporaneously.

---

[1] The minor child's initials are used in compliance with Rule 5.2(a)(3). See Richardson v. United States, No. 5:08-cv-620-D, (DE 29) (E.D.N.C. Mar. 1, 2010).

[2] DOJ written authorization to represent individual defendants in Bivens actions is required. The USAO-EDNC does not have authority to represent the unserved Defendant Doe in this case. Accordingly, this motion is filed only on behalf of TSA and the United States.

1

Respectfully submitted this 1st day of November, 2021.

                                      G. NORMAN ACKER, III
                                      Acting United States Attorney

                                      By: /s/ Sharon C. Wilson
                                      SHARON C. WILSON
                                      Attorney for Defendant
                                      Wells Fargo Building
                                      150 Fayetteville Street, Suite 2100
                                      Raleigh, NC 27601
                                      Telephone: (919) 856-4026
                                      Facsimile: (919) 856-4821
                                      N.C. Bar Number: 18435
                                      Sharon.Wilson2@usdoj.gov

CERTIFICATE OF SERVICE

I do hereby certify that I have this 1st day of November, 2021, served a copy of the foregoing upon the below-listed party or parties electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Jonathan Corbett
958 N. Western Avenue #765
Hollywood, CA 90029
Email: jon@corbettrights.com

Matthew Ryan Gambale
Osborn Gambale Beckley & Budd PLLC
3801 Lake Boone Trail, Suite 400
Raleigh, NC 27607
Email: matt@counselcarolina.com

BY: /s/ Sharon C. Wilson
SHARON C. WILSON
Assistant United States Attorney
Civil Division
Attorney for Defendant
Wells Fargo Building
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4026
Facsimile: (919) 856-4821
N.C. Bar Number: 18435
Sharon.Wilson2@usdoj.gov

3