IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-CV-338-M

| | |
|---|---|
| JAMII ERWAY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES TRANSPORTATION | ) NOTICE OF DISMISSAL |
| SECURITY ADMINISTRATION, UNITED | ) |
| STATES OF AMERICA, and JANE DOE, | ) |
| *an Employee of the United States* | ) |
| *Transportation Security Administration*, | ) |
| | ) |
| Defendants. | ) |

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses all claims against Defendant Jane Doe.

Respectfully submitted, this the 15th day of September, 2022.

BY:   /s/Jonathan Corbett
      JONATHAN CORBETT
      CA Bar No. 325608
      THE LAW OFFICE OF JONATHAN
      CORBETT, ESQ.
      958 N. Western Ave. #765
      Hollywood, CA 90029
      jon@corbettrights.com
      310.684.3870
      310.675.7080 (fax)
      *Counsel for Plaintiff*