IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-CV-338-M

| | |
|---|---|
| JAMII ERWAY, | ) |
| Plaintiff, | ) |
| v. | ) RESPONSE TO ORDER |
| UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION, UNITED STATES OF AMERICA, and JANE DOE, *an Employee of the United States Transportation Security Administration*, | ) TO SHOW CAUSE |
| Defendants. | ) |

On August 16th, 2022, the Court ordered Plaintiff to show cause as to why the Jane Doe defendant has not been served, or alternatively, to serve her. *See* Order, ECF No. 19. Plaintiff does not intend further to pursue claims against this defendant and has filed a Notice of Dismissal.

Respectfully submitted, this the 15th day of September, 2022.

BY: */s/ Jonathan Corbett*
JONATHAN CORBETT
CA Bar No. 325608
THE LAW OFFICE OF JONATHAN CORBETT, ESQ.
958 N. Western Ave. #765
Hollywood, CA 90029
jon@corbettrights.com
310.684.3870
310.675.7080 (fax)
*Counsel for Plaintiff*

- 1 -