IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:21-CV-00338-M

| | | |
|---|---|---|
| JAMII ERWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JANE DOE, *an Employee of the United* | ) | |
| *States Transportation Security* | ) | |
| *Administration*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on Plaintiff's Response to Order to Show Cause [DE 21]. In light of the Notice filed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) dismissing Defendant Jane Doe [DE 20], the court DISCHARGES its August 16, 2022 order [DE 19] and directs the Clerk of the Court to close this case.

SO ORDERED this ____19th____ day of September, 2022.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE